Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800


Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MONICA VONBERCKEFELDT ) | 1:09cv1927 DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff be granted a 30-day extension of time in which to serve Plaintiff's confidential letter brief.  The new due date for Plaintiff's confidential letter brief will be  May 4, 2010.  The Court's Scheduling Order shall be modified accordingly.

/ /

/ /

/ /

/ /

1   Dated:  March 26, 2010                /s/ Sengthiene Bosavanh

2                                          SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff.
3

4   Dated: March 26, 2010                 MCGREGOR SCOTT
                                          United States Attorney
5
                                          By: /s/ Armand Roth
6                                         (as authorized via e-mail)
                                          ARMAND ROTH
7                                         Assistant Regional Counsel

8
        IT IS SO ORDERED.
9
        Dated:   **March 29, 2010**              **/s/ Dennis L. Beck**
10                                         UNITED STATES MAGISTRATE JUDGE