1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MONICA VONBERCKEFELDT,                ) 1:09cv1927 DLB
                                      )
                                      )
            Plaintiff,                ) ORDER GRANTING DEFENDANT'S
                                      ) REQUEST FOR ADDITIONAL TIME
      v.                              ) (Document 30)
                                      )
MICHAEL J. ASTRUE, Commissioner       ) ORDER RESETTING HEARING DATE
of Social Security,                   )
                                      )
                                      )
                                      )
            Defendant.                )
_____ )

      On February 25, 2011, this Court set a March 11, 2011, hearing for Plaintiff's application

for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Defendant's opposition to Plaintiff's additional briefing was due on or about March 4, 2011.

      On February 25, 2011, Defendant submitted a request that the time for an opposition be

extended to April 4, 2011, and the hearing date be set for the next available date.

      On March 2, 2011, Plaintiff filed a non-opposition with the Court.

      Therefore, Defendant's request is GRANTED.  Defendant's opposition SHALL be due on

or before April 4, 2011.  The hearing is rescheduled for April 8, 2011.

      IT IS SO ORDERED.

      Dated:   __**March 3, 2011**__          _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE