1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MONICA VONBERCKEFELDT,                    )   1:09cv1927 DLB
                                          )
                                          )
                          Plaintiff,      )   ORDER REQUIRING PLAINTIFF TO SUBMIT
                                          )   WRITTEN AGREEMENT
        v.                                )
                                          )
MICHAEL J. ASTRUE, Commissioner           )
of Social Security,                       )
                                          )
                                          )
                          Defendant.      )
_____)

        Plaintiff's motion for attorney fees under the Equal Access for Justice Act is set for

hearing on April 8, 2011.  Plaintiff submitted additional briefing pursuant to the Court's order on

February 24, 2011.  Defendant's response is due on April 4, 2011.

        In order to properly analyze the issues, the Court ORDERS Plaintiff to submit any and all

written agreement(s) pursuant to which Mr. Wilborn performed services in Plaintiff's action.

Plaintiff must submit the agreement no later than April 4, 2011.


        IT IS SO ORDERED.

     **Dated:   March 29, 2011**                    _____  **/s/ Dennis L. Beck**  _____
                                                    UNITED STATES MAGISTRATE JUDGE




                                                    1