Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Monica Vonberckefeldt,<br>        Plaintiff, | ) | CASE NO. 1:09-cv-01927-DLB |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| Commissioner of Social Security | ) | FOR EXTENSION OF TIME |
|         Defendant. | ) | |

        Plaintiff, through counsel, respectfully requests a 30-day extension of time to submit a

brief pursuant this court's April 8, 2011 hearing.  This extension is requested due to Plaintiff's

attorney's workload demands and vacation schedule.  The current due date for the brief is

May 30, 2011. The new due date will be June 29, 2011.


Dated:May 25, 2011                          /s/ Sengthiene Bosavanh

                                            SENGTHIENE BOSAVANH
                                            Attorney for Plaintiff

Dated:May 25, 2011                          BENJAMIN B. WAGNER
                                            United States Attorney


                                            By: /s/Shea Lita Bond
                                            (as authorized via e-mail)
                                            SHEA LITA BOND
                                            Special Assistant United States Attorney


    IT IS SO ORDERED.

      Dated:    May 27, 2011            _____/s/ Dennis L. Beck_____
                                        UNITED STATES MAGISTRATE JUDGE